

## IN THE SUPERIOR COURT OF GUAM

| | | |
|---|---|---|
| DARIUS ABDUL RICHARDSON | ) | Domestic Case No. DM361-01 |
| | ) | |
| Plaintiff, | ) | DECISION AND ORDER |
| | ) | RE STAY |
| vs. | ) | |
| | ) | |
| JEAN LORRAINE RICHARDSON | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant moved the court for a stay of the child support off-set ordered by the court from the bench at the hearing held on June 11, 2013. Defendant's motion is based on the presumption that the Plaintiff remains in arrears for child support payments. Preliminary calculations of arrears based on the revised child support order indicate that Plaintiff is not in arrears but that Defendant is in arrears.

Defendant's motion for a stay is DENIED.

July 15, 2013

KATHERINE A. MARAMAN, JUDGE
SUPERIOR COURT OF GUAM

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the Office of the Clerk of the Superior Court of Guam. Dated at Hagåtña, Guam.

JUL 15 2013

Leonard F. Ventura
Deputy Clerk, Superior Court of Guam